

FILED BY_____ .D.C.

MAR 0 9 2023

ANGELA E. ....
CLERK U.S. DIST. CT.
S. D. OF FLA, - FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-Cr-60056-Moreno/Strauss

8 U.S.C. §§ 1326(a) and (b)(1)

**UNITED STATES OF AMERICA**

vs.

**ROSALIO MONTIEL CARDENAS,**

   **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 22, 2023, in Broward County, in the Southern District of Florida, the

defendant,

**ROSALIO MONTIEL CARDENAS,**

an alien, having previously been removed from the United States on or about August 19, 2014,

was found to be in the United States, knowingly and unlawfully, without the Attorney General of

the United States or his successor, the Secretary of Homeland Security (Title 6, United States

Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for

1

admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL

_____

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.: _____

v.

Rosalio Montiel Cardenas,                    **CERTIFICATE OF TRIAL ATTORNEY\***

_____/
                **Defendant.**                    **Superseding Case Information:**

**Court Division** (select one)
   ☐ Miami   ☐ Key West   ☐FTP                    New Defendant(s) (Yes or No) _____
   ☑ FTL   ☐ WPB                    Number of New Defendants ____
                    Total number of New Counts ____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.   Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **SPANISH** _____

4.   This case will take  **3**  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

   (Check only one)               (Check only one)
   I    ☑ 0 to 5 days        ☐ Petty
   II   ☐ 6 to 10 days      ☐ Minor
   III  ☐11 to 20 days     ☐ Misdemeanor
   IV  ☐21 to 60 days     ☑ Felony
   V   ☐61 days and over

6.   Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7.   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9.   Defendant(s) in federal custody as of **February 22, 2023**

10.  Defendant(s) in state custody as of _____

11.  Rule 20 from the _____ District of _____

12.  Is this a potential death penalty case? (Yes or No) **No**

13.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
       JAMES M. USTYNOSKI
       Assistant United States Attorney
       FL Bar No.    A5502615

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**:  <u>Rosalio Montiel Cardenas</u>

**Case No**: _____

Count #: 1

 <u>Illegal Reentry After Removal</u>

<u>in violation of Title 8, United States Code, Sections 1326(a) and (b)(1)</u>
* **Max. Term of Imprisonment: 10 years' imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years' supervised release**
* **Max. Fine:  $250,000.00 fine**

Count #:

_____

_____

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

_____

_____

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**