# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 3/14/23     Time: 11:00 a.m.

Defendant: Rosalio M. Cardenas (J)     J#: _____     Case #: 23-60056-Cr-Moreno/Strauss

AUSA: ( Larry Bardfeld - Duty )     Attorney: _____

Violation: Illegal Reentry

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: PTD

Bond Set at: _____     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFL
- ☒ Other: Appear at all court hearing and commit no new crimes.

Language: Spanish

Disposition:
All parties present.

Defendant advised of his rights and charges.

**NEXT COURT APPEARANCE**

| | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 3/16/23 | 11:00 a.m. | Duty | FTL |
| PTD/Bond Hearing: | 3/17/23 | 10:30 a.m. | Duty | FTL |
| Prelim/Arraign or Removal: | 3/17/23 | 10:30 a.m. | Duty | FTL |

Status Conference RE:

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R.     11:36:34     Time in Court: 15 Mins

Page: _____