UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                           CASE NO.:    23-CR-60056-MORENO
ROSALIO MONTIEL CARDENAS,
    Defendant.
_____/

## NOTICE OF NON-COMPLIANCE WITH STANDING DISCOVERY ORDER

**COMES NOW** Defendant ROSALIO MONTIEL CARDENAS, by and through his undersigned attorney and pursuant to this Court's March 27, 2023, "Scheduling Order Setting Trial," and states as follows:

Defendant on March 17, 2023, requested and received entry of this District's Standing Discovery Order. The Government's compliance was due on March 31, 2023. With more than five days having elapsed since that deadline was missed, Defendant provides this Court notice of non-compliance.

                                           Respectfully submitted,

                                           */s/ Carter T. Hillstrom*
                                           CARTER T. HILLSTROM
                                           Attorney for the Defendant
                                           Florida Bar # 26211
                                           Shemtov & Hillstrom, PLLC
                                           612 SE 5th Ave., Suite 4
                                           Fort Lauderdale, FL 33301
                                           (954) 329-2222
                                           (954) 462-7237 FAX
                                           carter@shlawfl.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the CM/ECF system on all counsel or parties of record.

                                             */s/ Carter T. Hillstrom*
                                           CARTER T. HILLSTROM