UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROSALIO MONTIEL CARDENAS,

    Defendants.

CASE NO.:   23-CR-60056-MORENO

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

**COMES NOW** Defendant ROSALIO MONTIEL CARDENAS, by and through his undersigned counsel and respectfully moves this Court to order a continuance of his imminent calendar call and jury trial, and as grounds therefor states as follows:

1) Defendant is charged with Illegal Reentry after Removal. He was indicted on March 9, 2023, and was arraigned March 17, 2023. Calendar call is set for April 11, 2023,[1] in advance of an April 24, 2023, trial setting.

2) The Government on April 7, 2023, provided its discovery disclosure. The undersigned has not had an opportunity to review the discovery with Defendant, and seeks a trial continuance to do so. The ends of justice served by such a continuance outweigh Defendant's and the public's interests in a speedy trial.

3) The undersigned conferred with A.U.S.A. James Ustynoski, who states the Government has no objection to the continuance sought herein.

**WHEREFORE**, Defendant ROSALIO MONTIEL CARDENAS respectfully prays that this Court continue his calendar call and trial to May 2023, or soon thereafter.

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE FOLLOW]**

---

[1] Calendar Call was originally set for April 18, but was rescheduled by the Court on April 6.

Respectfully submitted,

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for the Defendant
Florida Bar # 26211
Shemtov & Hillstrom, PLLC
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 329-2222
(954) 462-7237 FAX
carter@shlawfl.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the instant motion is not made for unnecessary delay, and that a true and correct copy of the foregoing was served by the CM/ECF system on all counsel or parties of record.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM