UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60056-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROSALIO MONTIEL CARDENAS,

    Defendant.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been **SET** for a

**CHANGE OF PLEA HEARING**

**TUESDAY, JUNE 13, 2023 at 2:15 p.m.**

before the Honorable **FEDERICO A. MORENO**, United States District Judge, in Courtroom 12-2, 12th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

Dated: 06/05/2023

          **ANGELA NOBLE**
          CLERK OF COURT

cc:

AUSA:
All counsel of record    By: _____
                                   SHIRLEY CHRISTIE
                                   Courtroom Deputy